Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff:
JAMES RUTHERFORD

Matthew J. Salcedo, Esq. (SBN 237866)
**ACP MANAGEMENT**
msalcedo@acpmanagement.com
3720 S. Susan Street, Suite 100
Santa Ana, California 92704
(714) 668-8888 telephone
(714) 668-8889 facsimile

Attorney for Defendant
JGKALLINS INVESTMENTS, LP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JGKALLINS INVESTMENTS, L.P., a California limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-02430-JLS-JDE<br><br>Hon. Josephine L. Staton<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: December 17, 2019<br>Trial Date: None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") and JGKALLINS INVESTMENTS, L.P., ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 26, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

DATED: March 26, 2020

**ACP MANAGEMENT**

By: /s/ *Matthew J. Salcedo*
    Matthew J. Salcedo
    Attorneys for Defendant
    JGKallins Investments, LP

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 26, 2020       By: /s/ *Joseph R. Manning, Jr.*