JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JGKALLINS INVESTMENTS, L.P., a California limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-02430-JLS-JDE<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action |
| 2 | with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and JGKallins |
| 3 | Investments, LP ("Defendant"), the Court hereby enters a dismissal with prejudice |
| 4 | of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party |
| 5 | shall bear his or its own attorneys' fees, expert fees, and costs. |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | DATED: 03/26/2020 |
| 9 | JOSEPHINE L. STATON |
| 10 | UNITED STATES DISTRICT JUDGE |